# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Ramon Francisco Brockman**<br>DOB: 1994; United States | DOCKET NO.<br>SEALED<br><br>MAGISTRATE'S CASE NO.<br>25-00809MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

From a date unknown until July 7, 2025, in the District of Arizona, **Ramon Francisco Brockman** did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport and/or harbor certain illegal aliens, including David Amao and Ulises Vea-Barrera to avoid said aliens' detection by immigration authorities, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 27, 2025, in the district of Arizona, at approximately, 6:06 p.m., Border Patrol Agents (BPAs were conducting surveillance of a residence that was suspected of being used in human smuggling operations. At this time a White GMC Sierra bearing Sonoran license plate UV5424A, arrived at the residence. The white GMC Sierra had crossed from Mexico into the United States at approximately 4:56 p.m. with **Ramon Francisco BROCKMAN** as the driver and sole occupant. Agents observed **BROCKMAN** exit the truck and carry a case of water from the truck into the house.

On July 7, 2025, at approximately 8:55 p.m. while conducting further surveillance BPAs observed two vehicles, a maroon Jeep Grand Cherokee bearing Arizona license plate SEA0ZH, and a tan GMC Sierra Truck bearing Arizona license plate KGA45H, driving in tandem towards the residence. Records checks on the Jeep's license plate came back to a Hyundai accent. It is common for vehicles used in smuggling operations to use fictitious plates to help conceal their identity and criminal history. At approximately 8:58 p.m. the Jeep pulled into the garage at the residence and closed the garage door, while the GMC waited in the driveway. Several minutes later the Jeep re-emerged from the garage and both vehicles left the property. BPAs followed behind both vehicles for several miles, as they drove in tandem, until they pulled into a warehouse off Interstate 19 (I-19) at approximately 9:22 p.m. BPAs observed several semi-trucks parked in the warehouse parking lot. BPAs noticed the GMC was parked just south of the warehouse facing the frontage road with the hood propped up. BPAs determined the vehicle appeared to be scouting for the presence law enforcement. At approximately 9:27 p.m. BPAs noticed two vehicles, that matched the description they had been following, driving north away from the warehouse. BPAs watched as the vehicles both got on to I-19, one driving south and one north. BPAs continued their surveillance of the warehouse to see if any semi-trucks were departing after the two suspected smuggling vehicles had left.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Ulises Vea-Barrera, David Amao

| Detention Requested | SIGNATURE OF COMPLAINANT<br>MATTHEW D LIM *Digitally signed by MATTHEW D LIM Date: 2025.07.15 10:52:50 -07'00'* |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br>AUTHORIZED BY: AUSA Jeffrey Amlee   JEFFREY AMLEE *Digitally signed by JEFFREY AMLEE Date: 2025.07.15 10:11:12 -07'00'* | OFFICIAL TITLE<br>Special Agent Matthew Lim, HSI |
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 15, 2025 |

[1] See Federal rules of Criminal Procedure, Rules 3, 4.1, and 54

Reviewing AUSA: Amlee
CC: USM, AUSA, PTS

**Continued from front page.**

At approximately 9:32 p.m. BPAs observed a maroon semi-truck and trailer exit the warehouse parking lot. BPAs had just observed the driver of that truck, who was wearing a black t-shirt, walking from the rear of the trailer and get into the cab of the truck. After the truck departed BPAs investigated the area where the back of the trailer was and noticed several sets of footprints. This indicated to the agents that aliens likely got into the back of the semi-trailer to be smuggled further north.

BPAs followed the truck, bearing Arizona license plate 4LA4DL, northbound on I-19 towards the Border Patrol checkpoint. BPAs notified the checkpoint of the truck and the possibility it may be smuggling aliens. Once the truck was stopped at the primary inspection area the BPA canine did an air sniff around the outside of the truck. The canine alerted to a scent it was trained to detect in the trailer section of the truck. The truck was then referred by BPAs to the secondary inspection area. BPAs inspected the trailer of the truck where the canine had alerted and discovered 14 individuals hiding. BPAs conducted an immigration inspection and found that all 14 people were illegally present in the United States. The driver of the semi-truck was placed under arrest for human smuggling.

Material witness Ulises Vea-Barrera, a citizen of Mexico, stated he made arrangements with smugglers in Mexico to be smuggled to Phoenix, Arizona. He stated he had already paid smugglers $9,000 MXN and was to pay the remaining amount $8,500 USD upon his arrival in Phoenix. He stated he and 8 other people crossed into the United States by jumping the border wall. Vea stated the group walked north for about an hour until they were picked up by a Ford F-150, possibly white in color. Vea was then transported to a brushy area where he waited, and a white car picked him up. The car transported them near a river where a semi-truck was waiting. Vea stated he did not really get to observe that much since he had a hood placed over his head. Eventually some guy came over and took them to the trailer of the semi-truck and got inside. He stated that approximately five minutes later five other subjects got inside. Soon thereafter the trailer departed with everyone in back. Vea stated he feared for his life in the back of the semi-trailer due to it having no seatbelts. Vea identified **BROCKMAN** in a photo line-up as the person who dropped off food and water when they were in the brush lay-up. He also stated that **BROCKMAN** directed them to take off the camouflage clothing and clean their shoes so they would not look dirty.

Material witness David Amao, a citizen of Peru, stated that he crossed illegally into the United States from Mexico on Saturday July 5, 2025, at approximately 1:00 p.m. afoot in the desert near Nogales, AZ. Amao stated that he did not jump the border wall but crossed into the desert with two individuals including a foot guide. He stated they walked for approximately 20 hours in the desert before the foot guide contacted an unknown individual via cell phone for transportation. He detailed that they were transported first to a brush layup at an unknown location and then a house. From the house he was taken to the location of the semi-trailer. Amao identified **BROCKMAN** in a photo line-up as someone who had been present at the house acting in a caretaker role.